# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| DONALD A. CHIUSA, JR.<br><br>*Plaintiff*<br><br>v.<br>FRED STUBENRAUCH & COPPER VENTURES, LLC<br><br>*Defendant* | Civil Action No. 3:21-cv-0545 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRED STUBENRAUCH
6207 North Calle Minera
Tucson, Arizona 85718

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrum Hicks & Associates PC
407c Main Street
Suite 206
Franklin, Tennessee 37064
615.338.5130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 7/20/2021

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

DONALD A. CHIUSA, JR.

*Plaintiff*

v.

FRED STUBENRAUCH & COPPER VENTURES, LLC

*Defendant*

Civil Action No. 3:21-cv-0545

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Copper Ventures, LLC
4520 Main Street
Suite 1600
Kansas City, Missouri 64111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shrum Hicks & Associates PC
407c Main Street
Suite 206
Franklin, Tennessee 37064
615.338.5130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 7/20/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| DONALD A. CHIUSA, JR.,<br><br>*Plaintiff*<br><br>v.<br>Fred Stubenrauch, Copper Ventures, LLC and Basic Copper, Inc.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:21-cv-0545<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Basic Copper, Inc.
Attn: Arhtur Kunz
1606 Briarcreek Lane,
Springfield, Illinois 62711

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Shrum Hiskcs & Associ. PC
Attention: Barry Neil Shrum
407c Main Street
Suite 206
Franklin, TN 37067

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/20/2021

*Signature of Clerk or Deputy Clerk*